IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DANIEL LEE MORAN, | ) |
|       Plaintiff, | ) Case No. 4:05CV00017 |
| v. | ) **ORDER** |
| TEE-LOK CORPORATION AND MITEK INDUSTRIES, INC., | ) By: Jackson L. Kiser |
|       Defendant. | ) Senior United States District Judge |

American Standard Building Systems, Inc., ("American Standard") and Cincinnati Casualty Company ("Cincinnati") filed a *Petition to Intervene* with this Court on December 13, 2005 [15]. Having received no objection from any of the parties in this case, the *Petition to Intervene* is hereby granted.

The Clerk of the Court is hereby directed to send a certified copy of this *Order* to all counsel of record in this case including the counsel representing American Standard and Cincinnati.

Entered this 31st day of March, 2006.

                                                                      s/Jackson L. Kiser
                                                                     Senior United States District Judge